UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ELSALENA RAHN,<br><br>               Plaintiff,<br><br>    v.<br><br>PIERCE COUNTY, PIERCE PROSECUTOR OFFICE, JUDY RAE JASPRICA, CORT O'CONNOR, and MULTICARE HEALTH SYSTEM,<br><br>             Defendants. | Case No. C04-5373RJB<br><br>ORDER GRANTING DEFENDANT MULTICARE'S MOTION TO CONSOLIDATE THE FRCP 12(b)(6) MOTIONS OF ALL DEFENDANTS AND ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME |

    This matter comes before the court on Defendant Multicare's Motion to Consolidate the FRCP 12(b)(6) Motions of All Defendants (Dkt. 26) and on plaintiff's motion for an extension of time (Dkt. 28). The court has considered the relevant documents and the remainder of the file herein.

    In this civil case, defendants Pierce County, Pierce Prosecutor's Office, Judy Rae Jasprica, and Cort O'Connor (County defendants) have filed a motion to dismiss (Dkt. 22) that is noted for consideration on the court's June 3, 2005 calendar. On May 17, 2005, defendant Multicare Health System (Multicare) filed a motion to dismiss. Dkt. 25. Multicare has also filed a motion to consolidate, requesting that the court consider both the motions (Dkts. 22 and 25) on the same date. A review of the motions shows that they should be considered together. Accordingly, Multicare's motion to consolidate should be granted.

    On May 18, 2005, plaintiff filed a motion, requesting an extension of time so that she can locate counsel to represent her in these proceedings. Dkt. 28. In the interest of fairness, the court should afford plaintiff additional time to respond the motions to dismiss so that she can attempt to retain counsel.

ORDER
Page - 1

Plaintiff's motion for an extension of time should be granted.

Therefore, it is hereby

**ORDERED** that Defendant Multicare's Motion to Consolidate the FRCP 12(b)(6) Motions of All Defendants (Dkt. 26) is **GRANTED**.  Plaintiff's motion for an extension of time (Dkt. 28) is **GRANTED**. Defendants Pierce County, Pierce County Prosecutor's Office, Judy Rae Jasprica, and Cort O'Connor's FRCP 12(b)(6) Motion to Dismiss (Dkt. 22) and Defendant Multicare Health System's FRCP 12(b)(6) Motion to Dismiss (Dkt. 25) are **RE-NOTED** for consideration on July 8, 2005.  Plaintiff may file a response to the motions, either through counsel or, if she is unrepresented, on her own behalf, not later than July 4, 2005.  Defendants may file a reply by July 7, 2005.  The dates set in the court's March 29, 2005 Second Order Regarding Initial Disclosures, Joint Status Report and Early Settlement are **STRICKEN**, and will be re-set by the court, if necessary, following the court's order on the defendants' motions to dismiss.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 26th day of May, 2005.

Robert J. Bryan
United States District Judge